**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Case No. 26-41603 |
| William Joseph Shocinski, Jr., | Chapter 11 |
| Debtor. | |

---

**ORDER DISMISSING CASE**
**AND ISSUANCE OF BAR ON BANKRUPTCY FILINGS**

---

This case came before the court on August 20, 2026, for an evidentiary hearing on the motion of the United States Trustee to dismiss the case [Doc 37] (the "Motion"). Joinders were filed by Old National Bank [Doc 40], the State of Minnesota [Doc 45], and PMI Homes [Doc 46]. The Debtor filed a response in opposition [Doc 55] and a corrected response [Doc 58]. The United States Trustee [Doc 66] and the State of Minnesota [Doc 67] filed replies to the debtor's corrected response. Appearances are noted on the record. Based on the record, including the testimony and argument provided and the reasons stated during the hearing,

**IT IS ORDERED:**

1. This case is dismissed.
2. The Debtor shall be barred from filing a bankruptcy petition for a period of 60 days from the date of entry of this order.

Dated: *August 21, 2026*

*s/ Katherine A. Constantine*
United States Bankruptcy Judge